FILED

02/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0362

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0362

_____

CHRISTINA SCHMID and JENNIFER POWERS,

Plaintiffs and Appellants,

v.

JAE NOTTI, SUSIE NOTTI, and ET CATTLE
COMPANY, LLC,

Defendants and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Nickolas C. Murnion, District Judge.

For the Court,

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
February 1 2023